

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00486-CV

_____

RICHARD WILLIAM MILLER, Appellant

V.

CATHY MCMULLEN MILLER, Appellee

_____

On Appeal from the 481st District Court
Denton County, Texas
Trial Court No. 20-5671-442

_____

Before Kerr and Birdwell, JJ.; and Gonzalez, J.[1]
Memorandum Opinion by Justice Birdwell

---

[1]The Honorable Ruben Gonzalez, Judge of the 432nd District Court of Tarrant County, sitting by assignment of the Chief Justice of the Texas Supreme Court pursuant to Section 74.003(h) of the Government Code. *See* Tex. Gov't Code Ann. § 74.003(h).

## MEMORANDUM OPINION AND JUDGMENT

We have considered the "Joint Motion to Set Aside the Trial Court's Judgment and Remand the Case for Rendition of Judgment in Accordance With The Parties' Agreement." In the motion, the parties represent that they have reached an agreement to settle the case.[2] Based on the parties' representation of their settlement agreement—and on the mediator's report filed with this court indicating that the parties have completely settled—it is the court's opinion that the motion should be granted.

Accordingly, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Crabbe v. Sanders*, No. 02-22-00301-CV, 2023 WL 5615803, at *1 (Tex. App.—Fort Worth Aug. 31, 2023, no pet.) (mem. op.). Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

/s/ Wade Birdwell

Wade Birdwell
Justice

Delivered: January 2, 2025

---

[2]Neither party has filed a copy of the parties' settlement agreement with this court. *See* Tex. R. App. P. 42.1(a)(2).

2